Argued and submitted October 7, 1985, assessment held void, remanded for further proceedings February 26, 1986

MARTIN et al,
*Appellants,*

*v.*

CITY OF TIGARD et al,
*Respondents.*

(84-0517C; CA A33250)

714 P2d 1115

G. Kenneth Shiroishi, Portland, argued the cause for appellants. With him on the briefs was Dunn, Carney, Allen, Higgins & Tongue, Portland.

Kenneth M. Elliott, Portland, argued the cause for respondents. On the brief were Timothy V. Ramis, and O'Donnell, Ramis, Elliott & Crew, Portland.

Before Gillette, Presiding Judge, pro tempore, and Joseph, Chief Judge, and Van Hoomissen, Judge.

PER CURIAM

## PER CURIAM

■ Plaintiffs appeal from a judgment on a writ of review brought to challenge the city's formation of a local improvement district (LID) for the construction of a public street and the city's assessments levied for that purpose. We find no merit to plaintiffs' particular challenges to the formation of the LID. The parties concede, however, that a portion of the planned improvement[1] is not within the legal boundaries of the LID and that, therefore, the cost of constructing that portion cannot lawfully be included in the assessment. We agree. *See* ORS 223.389.

■ When a defect in an LID assessment occurs, the city council may reassess for up to the full cost of the improvement within the district. ORS 223.410; *Heritage Square Dev. v. City of Sandy,* 58 Or App 485, 493, 648 P2d 1317, *rev den* 293 Or 653, 653 P2d 998 (1982). We therefore set aside the original assessment as void and remand.

Assessment held void; remanded for further proceedings not inconsistent with this opinion.

---

[1] Specifically, that portion involves the section of S.W. Dartmouth Street between S.W. 68th and S.W. 69th Avenues. The defect was discovered by the court, not by the parties.